367 F.2d 397
 BROADSTONE REALTY CORPORATION, Plaintiff-Appellant,
v.
Thomas Mellon EVANS, Defendant-Appellee.
 No. 102, Docket 30520.
 United States Court of Appeals Second Circuit.
 Argued Oct. 27, 1966.
Decided Oct. 28, 1966.
 
 Appeal from the United States District Court for the Southern District of New York; Marvin E. Frankel, Judge.
 Douglas M. Parker, New York City (Leonard Garment and Nixon, Mudge, Rose, Guthrie & Alexander, New York City, on the brief), for plaintiff-appellant.
 James H. Halpin, New York City (James J. Harrington and Kissam & Halpin, New York City, on the brief), for defendant-appellee.
 Before LUMBARD, Chief Judge, and MOORE and KAUFMAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 We affirm the judgment of the United States District Court for the Southern District of New York which dismissed the complaint in this suit, brought by a New York corporation against a Connecticut resident in the New York courts to recover a broker's fee, and removed by the defendant because of diverse citizenship, for the reasons set forth in Judge Frankel's opinion, 251 F.Supp. 58 (1966).